FILED
2022 Feb-04  AM 10:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SHELIA T. WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CASE NO.: 4:21-cv-01502-CLM |
| **CITY OF ASHVILLE,** *et al.*, | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Lisa M. Ivey, and enters her formal appearance on behalf of Defendants, Derrick Mostella, Robin Bowlin, Edward Roscoe Lane, Sue Price, Shirley Smith, and R. Denise Williams.

        Respectfully submitted,

        */s/ Lisa M. Ivey*
        Lisa M. Ivey (asb-2264-a36i)

**OF COUNSEL:**
**STUBBS, SILLS & FRYE P.C.**
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
Phone: (256) 835-5050
Email: lisa@stubbssillsfrye.com

-2-

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that the following has been served a copy of the foregoing document, on the 4th day of February 2022, by placing the same in the U.S. mail, postage prepaid and properly addressed; or, if the party being served is a registered participant in the ECF System of the United States District Court for the Northern District of Alabama, by a "Notice of Electronic Filing" pursuant to N.D. Ala. Local Rule 5.4:

Leslie A. Palmer
PALMER LAW, LLC
104 23rd Street South, Suite 100
Birmingham, Alabama 35233
leslie@palmerlegalservices.com
*Attorney for Plaintiff*

Sonya C. Edwards
EDWARDS LAW, LLC
3900 Montclair Road, Suite 1 # 130937
Birmingham, Alabama 35213
sonya@sonyaedwardslaw.com
*Attorney for Plaintiff*

Bradley W. Cornett
Ford, Howard & Cornett, P.C.
Post Office Box 388
Gadsden, Alabama 35902
Brad@FordHowardCornett.com
*Attorney for the City of Ashville*

>                              */s/ Lisa M. Ivey*
>                              Lisa M. Ivey (asb-2264-a36i)